# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,　　　　　　　　　Case No. 2:01CR80144-2
　　　　　　　　　　　　　　　　　　　　Hon. Patrick J. Duggan

v.

FRED MOSLEY,

       Defendant.

___

**BARBARA L. McQUADE**　　　　　　　**PAULA JOHNSON (P-59748)**
United States Attorney　　　　　　　　　Attorney for Defendant Fred Mosley
　　　　　　　　　　　　　　　　　　　　243 W. Congress, Ste. 350
GRAHAM L.TEALL　　　　　　　　　　Detroit, MI 48226
Assistant United States Attorney　　　　　(313) 523-5646

___

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

      The Court has been informed that the Government has no objection to the termination of supervised release, therefore,

      IT IS ORDERED that the Motion for Early Termination of Supervised Release is granted.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: June 6, 2011
    I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, June 06, 2011, by electronic and or ordinary mail.

                s/Marilyn Orem
                Case Manager